UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-20803-LENARD

INEZ K. SATTERFIELD,

    Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant(s).    /

## JOINT NOTICE OF SETTLEMENT

    COMES NOW, Plaintiff, Inez K. Satterfield and Defendant, The Prudential Insurance Company of America, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: May 5, 2017

| | |
|---|---|
| By: /s/ Alexander Palamara | By: /s/ Philip J. Kantor |
| ALEXANDER PALAMARA, ESQ. | PHILIP J. KANTOR, ESQ. |
| Fla. Bar No. 0037170 | Fla. Bar No. 435597 |
| Dell & Schaefer | Quintairos, Prieto, Wood & Boyer, P.A |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | One East Broward Blvd., Suite 1200 |
| Hollywood, FL 33020 | Ft. Lauderdale, FL 33301 |
| Ph.(954) 620-8300 | Ph.(954) 523-7008 |
| Alex@diattorney.com | pkantor.pleadings@qpwblaw.com |